NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DERRELL D. HUNT, )
)
      Appellant, )
)
v. )     Case No. 2D18-4560
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

PER CURIAM.

      Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA

2005); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Cook v. State, 816 So. 2d

773 (Fla. 2d DCA 2002); Gadsen v. State, 805 So. 2d 910 (Fla. 2d DCA 2001); Clayton

v. State, 904 So. 2d 660 (Fla. 5th DCA 2005); Gutierrez v. State, 854 So. 2d 218 (Fla.

3d DCA 2003); Weford v. State, 784 So. 2d 1222 (Fla. 3d DCA 2001); Hope v. State,

766 So. 2d 343 (Fla. 5th DCA 2000); Middleton v. State, 721 So. 2d 792 (Fla. 3d DCA

1998).

KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.